# THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Direct
212.808.8100 Reception
646.839.2682 Fax
cdecastro@cdecastrolaw.com
www.cdecastrolaw.com

October 14, 2021

**REQUEST GRANTED.**
The Sentencing hearing previously set for October 25, 2021 is rescheduled to December 16, 2021 at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.

10/14/2021   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

*Via* ECF

The Honorable Lewis J. Liman
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Rodriguez*, 20 Cr. 460 (LJL)

Dear Judge Liman,

As you know, I represent Jose Rodriguez in the above-referenced matter. I write to request that Mr. Rodriguez's sentencing be adjourned to December 14, 15, 16, or 17, 2021. At a time convenient for the Court. This is our first request for a sentencing adjournment.

The defense needs some additional time meet with Mr. Rodriguez, obtain additional letters in support of Mr. Rodriguez, and complete its sentencing memorandum. I have conferred with the government and it consents to this request.

Respectfully submitted,

/s/

César de Castro


cc:   Kalyan Lasky
      Assistant United States Attorney (*via* ECF)